LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

April 19, 2024

**By ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Rodolfo Lopez*, 23 Cr. 360 (JGK)

Your Honor:

I represent Rodolfo Lopez in the above-captioned case. I write respectfully to request that the sentencing scheduled for next Wednesday April 24, 2024, be converted to a hearing to assess whether there should be a change of counsel, as Mr. Lopez states that he would like new counsel. Thank you for your consideration.

Respectfully submitted,

/s/ Benjamin Silverman
Benjamin Silverman

cc: Counsel of record (by ECF)
    Rodolfo Lopez (by U.S. mail)

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

4/19/24