UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                                  23 cr 360 (JGK)

RODOLFO LOPEZ,
                          Defendant.
------------------------------------------------------------X

      It is hereby ordered that Daniel L. Stein, Esq., be appointed as additional counsel to the defendant, Rodolfo Lopez, pursuant to United States v. Curcio, 680 F. 2d 881 (2d Cir. 1982),

**SO ORDERED.**

                                                                    JOHN G. KOELTL
                                                        UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       April 24, 2024