UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

RODOLFO LOPEZ,

              Defendant.

23-cr-360 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The next conference in this matter is scheduled for **May 14, 2024**, at **12:00 p.m.**

SO ORDERED.

Dated:    New York, New York
           April 24, 2024

                                          John G. Koeltl
                                      United States District Judge