```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

UNITED STATES OF AMERICA

    - against -

RUDOLFO LOPEZ,

              Defendant.

23-cr-360 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The next status conference is scheduled for **September 17, 2024 at 11:30 a.m.**

SO ORDERED.

Dated:    New York, New York
            July 1, 2024

                                        John G. Koeltl
                             United States District Judge