UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

           -against-                                      23 cr 360 (JGK)

RODOLFO LOPEZ,                                           **ORDER**
                       Defendant.
------------------------------------------------------------X

        The Court will hold a conference on **Tuesday, September 17, 2024, at 11:30am.**

**SO ORDERED.**

                                                                       **JOHN G. KOELTL**
                                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          September 10, 2024

Honorable JUDGE:

Jhon G. Koeltl.

United States Southern districts Court

500 Pearl St. New York, NY 10007.

5 floor Criminal Court

United States of America

   V.   Case, 23 Cr.00360-001 (JGK)

Rodolfo Lopez.

PRO-SE MOTION REQUESTING A STATUS HEARING REGARDING THE REPRESENTATION OF MY COUNSEL, Martel v. Claire, 565 U.S. 648 (2012).

Check all that apply:

I am not satisfied with the representation of attorney and would like to discuss the issues and request the court assign me another attorney.

I would like my lawyer to file a motion claiming "affirmative defense" as supported by Fed. R. Crim. Proc. R 12.3. NOTICE OF PUBLIC AUTHORITY DEFENSE.

I would like my lawyer to file a motion based on Fed. R. Crim. Proc. R 11 (d)(2)(B) WITHDRAWING A GUILTY OR NOLO CONTENDERE PLEA.

I am currently in the custody of Essex County Correctional facility and have not been released on bail and would like to have my attorney file a bail motion and or bail appeal if necessary, with the purpose to looking for, and provide this court, enough reliable material and circumstantial evidences to support my claims.

Signed

*Rodolfo Lopez*

Rodolfo Lopez

Dated, September, 7 2024.