UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                                      23 cr 360-02 (JGK)

RODOLFO LOPEZ,
                        Defendant.
-------------------------------------------------------------X

       It is hereby ordered that Russell Capone, Esq., is appointed as counsel for the defendant, Rodolfo Lopez, for all purposes, replacing Christopher J. Gunther, Esq.

**SO ORDERED.**

                                                                        JOHN G. KOELTL
                                                        UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        September 17, 2024