```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,                     23-cr-360-02 (JGK)

      - against -                              ORDER

RODOLFO LOPEZ,

              Defendants.

JOHN G. KOELTL, District Judge:

    The next status conference is scheduled for Tuesday, **October 22, 2024** at **12:00 p.m.**

SO ORDERED.

Dated:    New York, New York
           September 17, 2024

                                                    _____
                                                    John G. Koeltl
                                         United States District Judge