UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                          23 cr 360 (JGK)

RODOLFO LOPEZ,                                          **ORDER**
                  Defendant.
------------------------------------------------------------X

      The Court will hold a conference on **Thursday, October 3, 2024, at 11:30am,** regarding the defendant's pro se motion filed September 20, 2024.

**SO ORDERED.**

                                                                  **JOHN G. KOELTL**
                                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       September 26, 2024