UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,                23-cr-360-02 (JGK)

    - against -                                       ORDER

RODOLFO LOPEZ,

                  Defendant.

---

**JOHN G. KOELTL, District Judge:**

    The defendant may file a motion to withdraw his guilty plea. The time for the defendant to file such a motion is **December 6, 2024**. The time for the Government to file a response is **January 17, 2025**. The defendant may reply by **January 31, 2025**.

    The status conference is scheduled for Wednesday, **February 19, 2025** at **4:30 p.m.**

SO ORDERED.

Dated:    New York, New York
            October 22, 2024

                                                    John G. Koeltl
                                          United States District Judge