UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

       -against-                                                 23 cr 360 (JGK)

RODOLFO LOPEZ,                                        **ORDER**
                    Defendant.
------------------------------------------------------------X

        The conference scheduled for Wednesday, February 19, 2025, at 2:30pm, is canceled pending full briefing on the defendant's motion to withdraw his guilty plea and for limited discovery.

**SO ORDERED.**

                                                                               JOHN G. KOELTL
                                                UNITED STATES DISTRICT JUDGE

Dated: New York, New York
          February 11, 2025