UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

— against —

RODOLPHO LOPEZ,

               Defendant.

23-cr-360 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

In view of the defendant's accusations against his lawyer at the time of the defendant's guilty plea, the defendant should provide a waiver of any restrictions on his lawyer's ability to submit a declaration responding to the defendant's allegations of the circumstances of the defendant's guilty plea. The defendant's lawyer is then requested to submit a declaration responding to the allegations. For example, the email attached to the defendant's supplemental declaration at Exhibit H appears to be cut off and the full email exchange should be submitted.

The Government should provide the entire transcript of the defendant's interview on July 2, 2023.

SO ORDERED.
Dated:    New York, New York
           July 9, 2025

                                        _____
                                        John G. Koeltl
                                      United States District Judge