UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

RODOLFO LOPEZ,

            Defendant.

---

23-cr-360-2 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for oral argument on the defendant's motion to withdraw his guilty plea on **Wednesday, December 3, 2025, at 11:30 a.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:    New York, New York
           October 31, 2025

                                          John G. Koeltl
                                      United States District Judge